NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, dba Blue Ox,**
*Plaintiff/Counterclaim Defendant-Appellee*

**CREED-MONARCH, INC.,**
*Counter-Defendant-Appellee*

**v.**

**DANKO MANUFACTURING, LLC,**
*Defendant/Counterclaimant-Appellant*

---

2022-1508

---

Appeal from the United States District Court for the District of Nebraska in No. 8:19-cv-00162-BCB-MDN, Judge Brian C. Buescher.

---

**ON MOTION**

---

**O R D E R**

Danko Manufacturing, LLC submits a "Stipulation of Voluntary Dismissal Pursuant to F.R.A.P. 42(b)," which the court construes as a motion to dismiss this appeal

2   AUTOMATIC EQUIPMENT MANUFACTURING COMPANY v. DANKO
                                          MANUFACTURING, LLC

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.  No response has been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

June 15, 2022                              /s/ Peter R. Marksteiner
      Date                                 Peter R. Marksteiner
                                           Clerk of Court


ISSUED AS A MANDATE:  JUNE 15, 2022